UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| EUREKA FARMER and<br>EDITH ANDERSON, | )<br>)<br>) |
| Plaintiffs, | )  CASE NO.: |
| v. | )<br>)<br>) |
| WAFFLE HOUSE, INC., | )<br>) |
| Defendant. | ) |
| _____/ | |

## NOTICE OF AND PETITION FOR REMOVAL

Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446, Defendant, WAFFLE HOUSE, INC. ("Defendant"), through its undersigned counsel, hereby requests that this Court remove this action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court, for the Northern District of Florida, Tallahassee Division, and states as follows:

1.  Plaintiffs, EUREKA FARMER ("Farmer") and EDITH ANDERSON ("Anderson") (Farmer and Anderson collectively referred to as "Plaintiffs"), former employees of Defendant, brought this action in State Court in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, Case No. 12-CA-3371 (the "Circuit Court Case"), alleging race discrimination and retaliation (Anderson only) in violation of 42 U.S.C. §1981 and 42 U.S.C. §1981a.

2.  Defendant was served with Plaintiffs' Complaint on or about October 30, 2012.

3. This action is within original federal question jurisdiction of the United States District Court, pursuant to 29 U.S.C. § 1331, as Plaintiffs' Complaint contains claims for violation of 42 U.S.C. §1981 and 42 U.S.C. §1981a – both federal statutes.

4. The United States District Court for the Northern District of Florida, Tallahassee Division, includes the judicial circuit in which Plaintiffs filed their Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(a).

5. This Notice of and Petition for Removal has been filed within 30 days of the receipt by Defendant on October 30, 2012, of a copy of the Complaint in the Circuit Court Case. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. §1446(b).

6. Copies of all processes, pleadings, orders and other papers or exhibits of every kind currently on file within the Circuit Court Case are attached to this Notice of and Petition for Removal as Exhibit "A" as required by 28 U.S.C. §1446(a).

7. Pursuant to 28 U.S.C. §1446(d), Defendant has provided the Notice of and Petition for Removal to Plaintiffs and has filed a copy of this Notice of and Petition for Removal in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida.

WHEREFORE, Defendant, WAFFLE HOUSE, INC., respectfully requests that the United States District Court for the Northern District of Florida, Tallahassee Division, accept the removal of this action and direct that the Circuit Court of

the Second Judicial Circuit, in and for Leon County, Florida, have no further jurisdiction of this matter unless and until this case is remanded.

Dated this 19th day of November, 2012.

>JACKSON LEWIS LLP
>501 Riverside Avenue, Suite 902
>Jacksonville, FL  32202
>Telephone:     (904) 638-2655
>Facsimile:      (904) 638-2656
>
>By:     *s/B. Tyler White*
>Richard N. Margulies
>Fla. Bar No.: 0607487
>margulir@jacksonlewis.com
>B. Tyler White
>Florida Bar No. 038213
>whitet@jacksonlewis.com
>
>Attorneys for Defendant
>Waffle House, Inc.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing pleading was served via U.S. Mail and filed on the 19th day of November, 2012, using the CM/ECF System, which will deliver an electronic copy to the following counsel of record:

>Marie A. Mattox, Esq.
>MARIE A. MATTOX, P.A.
>310 East Bradford Road
>Tallahassee, Florida 32303
>Telephone: (850) 383-4800
>Facsimile:  (850) 383-4801
>marie@mattoxlaw.com

>*/s/B. Tyler White*
> Attorney

4838-9075-3041, v. 1